| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FITZGERALD, JUDITH K. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, WD PA | 3. Date of Report<br><br>9/27/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>5490 US Steel Tower<br>600 Grant Street<br>PITTSBURGH, PA. 15219 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST I (T1) |
| 2. TRUSTEE | TRUST II (T2) |
| 3. BANKRUPTCY EDUCATION COUNCIL MEMBER | COMMERCIAL LAW LEAGUE OF AMERICA |
| 4. EDITOR | NCBJ CONFERENCE NEWS |
| 5. MEMBER | MEF MYSTIQUE LLC |
| 6. ASSOCIATE EDITOR | AMERICAN BANKRUPTCY LAW JOURNAL (ABLJ) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/11 | UNIVERSITY OF PITTSBURGH | $3,500.00 |
| 2. 12/31/11 | WEST SERVICES INC | $2,198.00 |
| 3. 12/31/11 | NATIONAL CONFERENCE OF BANKRUPCY JUDGES | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2011 | SELF EMPLOYMENT INCOME CERTIFIED PUBLIC ACCOUNTANT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/03/11-04/06/11 | Palm Desert, CA | Attending Mtg. | Reimbursement for Travel, Meals, Lodging |
| 2. | Assoc of Insolvency & Resturcturing Advisors | 06/08/11-06/12/11 | Boston, MA | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 3. | Perrin Conferences | 06/19/11-06/21/11 | Chicago, IL | Educational Conf | Reimbursement for Travel, Meals, Lodging |
| 4. | National Conference of Bankruptcy Judges | 10/10/11-10/15/11 | Tampa, FL | Attending Mtg & Ed Conf | Reimbursement for Travel, Meals, Lodging |
| 5. | George Mason University Foundation | 10/30/11-11/01/11 | Fairfax, VA | Educational Conf | Reimbursement for Travel, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | Bankruptcy Bar Foundation of SDFL, Inc | 11/06/11-11/09/11 | Miami, FL | Teaching at Law School | Reimbursement for Travel, Meals, Lodging |
| 7. | Commercial Law League of America | 11/09/11-11/11/11 | New York, NY | Attending Mtg & Ed Conf | Reimbursement for Travel, Meals, Lodging |
| 8. | Assoc of Insolvency & Resturcturing Advisors | 11/14/2011 | New York, NY | Educational Conf | Reimbursement for Travel, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLEG CO GOVT EMPLOYEES CREDIT UNION | A | Interest | K | T | | | | | |
| 2. PNC BANK | B | Interest | J | T | | | | | |
| 3. DELAWARE GROUP TAX-FREE INSURED FUND A | A | Dividend | J | T | | | | | |
| 4. PEPSICO | A | Dividend | K | T | | | | | |
| 5. GLAXO SMITH KLINE PLC | A | Dividend | J | T | | | | | |
| 6. WALT DISNEY COMMON | A | Dividend | J | T | | | | | |
| 7. IRA PNC BANK CD | A | Interest | J | T | | | | | |
| 8. CITIZENS BANK | A | Interest | J | T | | | | | |
| 9. PNC BANK | A | Interest | K | T | | | | | |
| 10. FEDERAL CREDIT UNION CD | A | Interest | J | T | | | | | |
| 11. JAMES A. WEST COMPANIES 401 K GIARDIAN STOCK FUND | A | Dividend | J | T | | | | | |
| 12. BUCKS COUNTY PA WTR SWR | A | Interest | J | T | | | | | |
| 13. YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 14. VANGUARD MID-CAP INDEX FUND | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 15. WESTMORELAND CO PA MUN AU MUN SVC REV-O-CPN C/A 5.6 | A | Interest | J | T | | | | | |
| 16. WESTMORELAND CO PA MUN AU MUN SVC REV-O-CPN 5.6 | A | Interest | J | T | | | | | |
| 17. TUPPERWARE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BEAVER CO PA HSP AU 5.0% | A | Interest | J | T | | | | | |
| 19. BETHLEHEM PA AUTH WTR 5.2% | A | Interest | K | T | | | | | |
| 20. DOWNINGTON PA SCH DIST 4.8% | A | Interest | K | T | | | | | |
| 21. LEHIGH PA GEN PURP 5.25% | A | Interest | | | Redeemed | 4/1/2011 | J | | |
| 22. SHARON PA RGL HEALTH SYS 5% | A | Interest | K | T | | | | | |
| 23. SOUTH FORK MUN AU PA 5.255 | A | Interest | K | T | | | | | |
| 24. STO ROX SCH DIST 5.125% | A | Interest | | | Redeemed | 7/1/2011 | K | | |
| 25. UPPER ST CLAIR 5% | A | Interest | K | T | | | | | |
| 26. (T1)IVY ASSET STRATEGY FUND CLASS C | A | Dividend | | | Distributed | 11/7/11 | K | | |
| 27. BLACKROCK PA TAX FREE INCOME PORTFOLIO FUND | A | Dividend | K | T | | | | | |
| 28. BEAVER CO PA HSP RV-VALLEY | A | Interest | | | Redeemed | 5/16/11 | J | | |
| 29. BETHLEHEM PA AREA SCH DIST | A | Interest | K | T | | | | | |
| 30. SOUTH FORK MUN AU PA HSP | A | Interest | J | T | | | | | |
| 31. CITIZENS BANK | A | Interest | K | T | | | | | |
| 32. CITIZENS BANK | A | Interest | K | T | | | | | |
| 33. CITIZENS BANK | A | Interest | J | T | | | | | |
| 34. CITIZENS BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITIZENS BANK | A | Interest | K | T | | | | | |
| 36. FIRST ENERGY | A | Dividend | K | T | | | | | |
| 37. E BONDS | A | Interest | J | T | | | | | |
| 38. I BONDS | A | Interest | J | T | | | | | |
| 39. TRUST 2 CITIZENS BANK (X) | A | Interest | J | T | | | | | |
| 40. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 41. CITIBANK SOUTH DAKOTA | A | Interest | J | T | | | | | |
| 42. LOOMIS SAYLES GLOBAL MKTS FUND CL A | A | Dividend | J | T | | | | | |
| 43. LOOMIS SAYLES INVESTMENT GRADE BOND FUND CL A | A | Dividend | J | T | | | | | |
| 44. LOOMIS SAYLES BOND FUND INSTL CLASS | A | Dividend | J | T | | | | | |
| 45. BARON PARTNERS FUND | A | Dividend | J | T | | | | | |
| 46. FUNDAMENTAL INVESTORS FD CLS F | A | Dividend | J | T | | | | | |
| 47. HARBOR INTERNATIONAL | A | Dividend | J | T | | | | | |
| 48. IVY GLOBAL NATURAL RESOURSSES FD CL A | A | Dividend | J | T | | | | | |
| 49. BARON PARTNERS FD | A | Dividend | J | T | | | | | |
| 50. FUNDAMENTAL INVESTORS FD CLS F | A | Dividend | J | T | | | | | |
| 51. HARBOR INTERNATIONAL FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IVY GLOBAL NATURAL RESOURSES FD CL A | A | Distribution | J | T | | | | | |
| 53. LOOMIS SAYLES BOND FD | A | Dividend | J | T | | | | | |
| 54. 401k JOHN HANCOCK STABLE VALUE FUND | A | Dividend | J | T | | | | | |
| 55. LOYALSOCK TWP PA SCH DT 3.5%' | A | Interest | | | Redeemed | 11/1/11 | J | | |
| 56. VANGUARD EMERGING MKTS | A | Dividend | | | Sold | 5/21/11 | J | A | |
| 57. WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 58. ISHARES IBOXX$ HIGH YIEL | A | Dividend | | | Sold | 6/17/11 | J | A | |
| 59. VANGUARD SMALL CAP | A | Dividend | | | Sold | 08/2/11 | J | A | |
| 60. WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 61. (T2)ISHARES IBOXX$ HIGH YIEL | A | Dividend | | | Sold | 6/17/11 | J | A | |
| 62. (T2)WESTERN ASSET EMRGNG | A | Dividend | J | T | | | | | |
| 63. ISHARES S&P | A | Dividend | | | Sold | 8/2/11 | J | A | |
| 64. VANGUARD SMALL CAP | A | Dividend | | | Sold | 8/2/11 | J | A | |
| 65. ISHARES IBOXX$ HIGH YIEL | A | Dividend | | | Sold | 6/17/11 | J | A | |
| 66. VANGUARD SMALL CAP | A | Dividend | | | Sold | 8/2/11 | J | A | |
| 67. AMERICAN EURO PACIFIC | A | Dividend | J | T | | | | | |
| 68. ASTOM/MONTAG & CALDWELL GROWTH LTD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | J | T | | | | | |
| 70. AMERICAN FUNDAMENTAL INVESTORS CL | A | Dividend | J | T | | | | | |
| 71. HARBOR INTERNATIONAL INVESTORS CL | A | Dividend | J | T | | | | | |
| 72. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 73. MEF MYSTIQUE LLC | A | Rent | M | U | | | | | |
| 74. MEF MYSTIQUE LLC | A | Rent | K | U | | | | | |
| 75. CALIFORNIA INVESTMENT TRUST FUND GRP EQUITY INCOME | A | Dividend | L | T | | | | | |
| 76. (T2)VANGUARD SMALL CAP | A | Dividend | | | Sold (part) | 3/24/11 | J | A | |
| 77. (T2)VANGUARD SMALL CAP | A | Dividend | | | Sold | 8/2/11 | J | A | |
| 78. (T2)VANGUARD MID CAP ETF | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 79. (T2)VANGUARD EMERGING MKTS | A | Dividend | | | Sold | 8/3/11 | K | B | |
| 80. (T2)VANGUARD EMERGING MKTS | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 81. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 82. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 83. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 84. MERRILL LYNCH BANK DEPOSIT | A | Interest | J | T | | | | | |
| 85. THORNBURGH INTERMEDIATE MUNI FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PIMCO ALL ASST | A | Dividend | L | T | | | | | |
| 87. FIRST TR EXCHANGE TRADED FD DOW JONES IN | A | Dividend | | | Sold | 8/3/11 | K | | |
| 88. FIRST TR CONSUMER DISCRT ALPHADEX FUND | A | Dividend | | | Sold | 8/3/11 | K | A | |
| 89. ISHARES IBOXX $ INVT GRADE CORP BD FUND | A | Dividend | | | Sold | 3/3/11 | K | | |
| 90. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 91. VANGUARD MID-CAP ETF | A | Dividend | | | Sold | 1/6/11 | J | A | |
| 92. VANGUARD EMERGING MKTS | A | Dividend | J | T | Sold (part) | 3/24/11 | J | A | |
| 93. VANGUARD EMERGING MKTS | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 94. FIRST TR NASDQ 100 | A | Dividend | | | Sold | 8/3/11 | K | | |
| 95. FIRST TR FINANCIALS | A | Dividend | | | Sold | 3/24/11 | J | A | |
| 96. FIRST TR MATERIALS | A | Dividend | | | Sold | 8/3/11 | K | A | |
| 97. ISHARES IBOXX $ INVT GRADE CORP BD FUND (LQD) | A | Dividend | | | Sold | 3/3/11 | J | | |
| 98. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | K | T | | | | | |
| 99. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | | | Sold | 8/2/11 | K | A | |
| 100. (T2)FIRST TR NASDQ 100 | A | Dividend | | | Sold | 8/3/11 | J | | |
| 101. (T2)FIRST TR EXCHANGE TRADED FD DOW JONES IN | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 102. (T2)FIRST TR FINANCIALS | A | Dividend | | | Sold | 3/24/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (T2)FIRST TR MATERIALS | A | Dividend | | | Sold | 8/3/11 | J | | |
| 104. (T2)PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 105. FIRST TR NASDQ 100 | A | Dividend | | | Sold | 8/3/11 | J | | |
| 106. FIRST TR EXCHANGE TRADED FD DOW JONES IN | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 107. FIRST TR CONSUMER DISCRT | A | Dividend | | | Sold | 8/3/11 | J | A | |
| 108. ISHARES MSCI PACIFIC | A | Dividend | | | Sold | 1/14/11 | J | A | |
| 109. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 110. ISHARES MSCI PACIFIC | A | Dividend | | | Sold | 1/14/11 | J | A | |
| 111. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 112. PIMCO ALL ASSET AUTHORITY FUND CL C | A | Dividend | J | T | | | | | |
| 113. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | | | Sold | 8/2/11 | J | A | |
| 114. COCA COLA | A | Dividend | J | T | Buy | 8/9/11 | J | | |
| 115. GENERAL MILLS | A | Dividend | | | Buy | 8/10/11 | J | | |
| 116. GENERAL MILLS | A | Dividend | | | Sold | 10/5/11 | J | A | |
| 117. GENL DYNAMICS CORP | A | Dividend | J | T | Buy | 8/23/11 | J | | |
| 118. KIMBERLY CLARK | A | Dividend | J | T | Buy | 8/10/11 | J | | |
| 119. MCDONALDS CORP | A | Dividend | K | T | Buy | 8/9/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. COCA COLA | A | Dividend | J | T | Buy | 8/9/11 | J | | |
| 121. GENERAL MILLS | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 122. GENL DYNAMICS CORP | A | Dividend | J | T | Buy | 8/23/11 | J | | |
| 123. KIMBERLY CLARK | A | Dividend | J | T | Buy | 8/10/11 | J | | |
| 124. MCDONALDS CORP | A | Dividend | | | Buy | 8/9/11 | K | | |
| 125. MCDONALDS CORP | A | Dividend | | | Sold | 10/4/11 | K | | |
| 126. PEPSICO | A | Dividend | J | T | Buy | 8/10/11 | J | | |
| 127. OAKMARK FUND | A | Dividend | K | T | Buy | 12/27/11 | K | | |
| 128. VANGUARD DIVIDEND APPRECIATION | A | Dividend | J | T | Buy | 12/27/11 | J | | |
| 129. COCA COLA | A | Dividend | J | T | Buy | 8/9/11 | J | | |
| 130. GENL DYNAMICS | A | Dividend | J | T | Buy | 8/23/11 | J | | |
| 131. MCDONALDS CORP | A | Dividend | | | Buy | 8/9/11 | K | | |
| 132. MCDONALDS CORP | A | Dividend | | | Sold | 10/4/11 | K | | |
| 133. PEPSICO | A | Dividend | J | T | Buy | 8/10/11 | J | | |
| 134. FIRST TR UTILITES | A | Dividend | J | T | Buy | 8/1/11 | J | | |
| 135. FIRST TR CONSUMER | A | Dividend | J | T | Buy | 8/1/11 | J | | |
| 136. VANGUARD DIVIDEND APPRECIATION | A | Dividend | J | T | Buy | 8/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ERIE COUNTY PA HOSP | A | Interest | | | Redeemed | 1/3/11 | J | | |
| 138. ERIE COUNTY PA HOSP | A | Interest | | | Redeemed | 7/1/11 | | | |
| 139. CREDIT SUISSE | A | Dividend | | | Buy | 2/8/11 | J | | |
| 140. CREDIT SUISSE | A | Dividend | | | Sold | 6/16/11 | J | | |
| 141. GENUINE PARTS CO | A | Dividend | | | Buy | 8/23/11 | J | | |
| 142. GENUINE PARTS CO | A | Dividend | | | Sold | 9/15/11 | J | A | |
| 143. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Buy | 6/21/11 | K | | |
| 144. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Sold | 8/3/11 | K | | |
| 145. SPDR DB INTL GOV INFL | A | Dividend | | | Buy | 3/4/11 | K | | |
| 146. SPDR DB INTL GOV INFL | A | Dividend | | | Sold | 6/21/11 | K | A | |
| 147. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Buy | 4/6/11 | J | | |
| 148. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Sold | 6/16/11 | J | | |
| 149. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Buy | 3/24/11 | K | | |
| 150. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Sold | 6/15/11 | K | | |
| 151. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Buy | 6/21/11 | K | | |
| 152. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Sold | 8/23/11 | K | | |
| 153. SPDR DB INTL GOV INFL | A | Dividend | | | Buy | 3/4/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SPDR DB INTL GOV INFL | A | Dividend | | | Sold | 6/21/11 | K | A | |
| 155. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Buy | 4/6/11 | J | | |
| 156. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Sold | 6/16/11 | J | | |
| 157. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Buy | 3/24/11 | J | | |
| 158. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Sold | 6/15/11 | K | | |
| 159. CREDIT SUISSE | A | Dividend | | | Buy | 2/8/11 | J | | |
| 160. CREDIT SUISSE | A | Dividend | | | Sold | 6/16/11 | J | | |
| 161. GENERAL MILLS | A | Dividend | J | T | Buy | 8/10/11 | J | | |
| 162. GENERAL MILLS | A | Dividend | J | T | Sold | 10/5/11 | J | A | |
| 163. GENUINE PARTS CO | A | Dividend | | | Buy | 8/23/11 | J | | |
| 164. GENUINE PARTS CO | A | Dividend | | | Sold | 9/15/11 | J | A | |
| 165. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | J | T | Buy | 1/6/11 | J | | |
| 166. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 3/24/11 | J | | |
| 167. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | | | Sold | 8/2/11 | J | | |
| 168. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Buy | 6/21/11 | K | | |
| 169. FIRST TR NYSE ARCA BIOTE | A | Dividend | | | Sold | 8/23/11 | K | | |
| 170. SPDR DB INTL GOV INFL | A | Dividend | | | Buy | 3/4/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR DB INTL GOV INFL | A | Dividend | | | Sold | 6/21/11 | K | A | |
| 172. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Buy | 4/6/11 | J | | |
| 173. JEFFERIES TR J CRB GLOBAL | A | Dividend | | | Sold | 6/16/11 | J | | |
| 174. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Buy | 3/24/11 | K | | |
| 175. FIRST TR ISE GLOBAL COPPER | A | Dividend | | | Sold | 6/15/11 | K | | |
| 176. CREDIT SUISSE | A | Dividend | | | Buy | 2/8/11 | J | | |
| 177. CREDIT SUISSE | A | Dividend | | | Sold | 6/16/11 | J | | |
| 178. SPDDR SP INTL SMAL CAP | A | Dividend | | | Sold | 6/21/11 | J | A | |
| 179. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FITZGERALD, JUDITH K. | 9/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEMS WERE DELETED AS A RESULT OF PRIOR YEAR TRANSACTIONS. THIS RESULTED IN AN AUTOMATIC RENUMBERING OF ITEMS LISTED

( A )   MERRIL LYNCH BANK DEPOSIT SHOWN ON LINES 291 292 293 AND 294 ARE AN ACCUMULATION OF UNINVESTED INCOME AND PROCEEDS FOR THE REPORTING PERIOD


AMENDMENT INFORMATION

PART VII LINE 11 JAMES A WEST 401 K:  THE GUARDIAN STOCK FUND WAS ADDED TO THE LINE TO IDENTIFY THE FUND,  IN KEEPING WITH YOUR COMMENTS ABOUT THE JOHN HANCOCK INVESTMENT PER LETTER DATED AUGUST 29, 2012

PART VII LINE 54 RE IRA JOHN HANCOCK: THIS ENTRY  WAS CORRECTED TO CHANGE "IRA" TO BE "401K" AND  "STABLE VALUE" WAS ADDED TO IDENTIFY THE FUND.

PART VII LINE 137 AND 138: THE ERIE COUNTY PA HOSP BONDS WERE ADDED TO THIS YEAR'S REPORT  TO CORRECT FOR THEIR OMISSION FROM THE 2010 REPPORT

PART VII LINE 178 SPDDR SP INTL SMALL CAP OMITTED ON ORIGINAL REPORT HAS BEEN ADDED AND SHOWN AS SOLD 3/21/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JUDITH K. FITZGERALD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544